```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _09/15/2023_
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CALVIN REED,

           Plaintiff,

-against-

P.O. ANDRE LOGAN, et al.,

           Defendants.

22-CV-10446 (JPC) (BCM)

**ORDER**

**BARBARA MOSES, United States Magistrate Judge.**

On August 9, 2023, the Court ordered plaintiff to amend his complaint no later than September 8, 2023. (Dkt. 32.) Plaintiff has not yet done so.

Because of plaintiff's *pro se* status, the Court, *sua sponte*, extends his deadline by 30 days. No later than **October 10, 2023**, plaintiff must amend his complaint in accordance with this Court's prior order.

The Clerk of Court is respectfully directed to mail a copy of the order at Dkt. 32 to the *pro se* plaintiff along with this Order.

Dated: New York, New York
       September 15, 2023

SO ORDERED.

_____
**BARBARA MOSES**
**United States Magistrate Judge**