```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __4/9/2024__
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CALVIN REED,

        Plaintiff,

-against-

P.O. ANDRE LOGAN, et al.,

        Defendants.

22-CV-10446 (JPC) (BCM)

**ORDER**

**BARBARA MOSES, United States Magistrate Judge.**

    The Court observes that plaintiff's address appears to have changed. *See* Dkt. 45 at 2-3. However, plaintiff did not file a change of address form in this case. The Court reminds plaintiff that it is his responsibility to update the Court, <u>in each active case</u>, whenever his address or other contact information changes.

    Plaintiff is further reminded that the Court has scheduled a status conference in this case for **May 6, 2024, at 11:00 a.m.** in Courtroom 20A of the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York 10007, which plaintiff must **attend in person**.

    The Clerk of Court is respectfully directed to update plaintiff's address on the docket as follows:

2759 Webster Avenue
Bronx, NY 10458

    The Clerk of Court is further directed to mail this Order to plaintiff at his new address.

Dated: New York, New York
       April 9, 2024

**SO ORDERED.**

_____
**BARBARA MOSES**
**United States Magistrate Judge**