```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/1/2024
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CALVIN REED,

        Plaintiff,

-against-

P.O. ANDRE LOGAN, et al.,

        Defendants.

22-CV-10446 (JPC) (BCM)

**ORDER**

**BARBARA MOSES, United States Magistrate Judge.**

    The Court has received defendants' status letter dated April 29, 2024. (Dkt. 48.) Upon review, it is unclear whether defendants consulted with plaintiff before filing their letter. *See* Order Dated Feb. 1, 2024 (Dkt. 44) at 2 (directing defendants to file a status letter "after consultation with plaintiff"). Accordingly, defendants shall clarify this point in a supplemental letter to be filed no later than **May 3, 2024**.

Dated: New York, New York
       May 1, 2024

SO ORDERED.

_____
**BARBARA MOSES**
**United States Magistrate Judge**