```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/6/2024
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CALVIN REED,

        Plaintiff,

  -against-

P.O. ANDRE LOGAN, et al.,

        Defendants.

22-CV-10446 (JPC) (BCM)

**ORDER**

**BARBARA MOSES, United States Magistrate Judge.**

    The Court held a status conference this morning at 11:00 a.m. Defendants appeared through counsel, but – as of 11:20 a.m. – plaintiff failed to appear. Nor did he contact the Court regarding his absence. Given that this is the third conference in a row that plaintiff has failed to attend (*see* Dkts. 43, 44), and given that plaintiff has also failed to serve any response to defendants' written discovery requests, despite two extensions granted by this Court (*see* Dkts. 44, 46), defendants are authorized to file a motion to dismiss this action for failure to prosecute, under Fed. R. Civ. P. 41(b), and/or for failure to comply with this Court's orders, under Fed. R. Civ. P. 16(f). Defendants must file that motion no later than **May 20, 2024**. In light of plaintiff's *pro se* status, he may have 30 days (through **June 19, 2024**) to respond to the motion. **If no response is submitted by June 19, 2024, the Court will consider the motion unopposed**.

    **Plaintiff is again reminded that it is his responsibility, as the plaintiff in this action, to appear in Court for all scheduled conferences and other proceedings, and to comply with all deadlines set by the Court, including discovery deadlines and motion deadlines. Plaintiff's failure to meet these responsibilities in the past will be the basis of defendants' anticipated motion. If that motion is granted, this lawsuit will be dismissed.**

    The Clerk of Court is respectfully directed to mail copies of this order to plaintiff at his address of record:

    2759 Webster Ave
    Bronx, NY 10458

and his past address:

    2111 Southern Boulevard
    Apt. 17A
    Bronx, NY 10460

Dated: New York, New York
       May 6, 2024

SO ORDERED.

_____
**BARBARA MOSES**
**United States Magistrate Judge**