USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __6/26/2024__

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CALVIN REED,

        Plaintiff,

-against-

P.O. ANDRE LOGAN, et al.,

        Defendants.

22-CV-10446 (JPC) (BCM)

**ORDER**

**BARBARA MOSES, United States Magistrate Judge.**

The Court has received plaintiff's letter dated June 10, 2024 (Dkt. 56), "asking the Court for an extension of time to respond to the defendants' interrogatories," and "explaining why [plaintiff] missed the court's status hearing." The Court construes this filing as a timely response to defendants' motion to dismiss for failure to prosecute. (*See* Dkt. 52.) Defendants may, but are not required to, file a reply brief no later than **July 1, 2024**, not to exceed 5 pages.

The Court has also received and reviewed plaintiff's letter-motion dated June 17, 2024 (Dkt. 57), "asking the court for an extension of time for the above case" of "at least 30 days." The Court construes this filing as a motion for an extension of time to respond to defendants' interrogatories and document requests. The Court notes that plaintiff's responses were originally due December 27, 2023. After multiple extensions, his last response deadline expired on April 15, 2024. (*See* Dkt. 46 at 1-2.) If defendants wish to oppose plaintiff's request for a further extension, they must do so no later than **July 1, 2024**. *See* Moses Ind. Prac. § 2(e). As always, defendants must serve their responses on plaintiff and file proof of such service on ECF.

Dated: New York, New York
      June 26, 2024

**SO ORDERED.**

_____
**BARBARA MOSES**
**United States Magistrate Judge**