```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __10/11/2024__
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CALVIN REED,

    Plaintiff,

-against-

P.O. ANDRE LOGAN, et al.,

    Defendants.

22-CV-10446 (JPC) (BCM)

**ORDER**

**BARBARA MOSES, United States Magistrate Judge.**

    Defendants moved to dismiss this action pursuant to Fed. R. Civ. P. 41(b), for failure to prosecute, and Fed. R. Civ. P. 16(f), for violation of numerous court orders, including orders requiring plaintiff to respond to defendants' written discovery demands. *See* Mot. (Dkt. 52). By order dated July 16, 2024, the Court held defendants' motion in abeyance and gave plaintiff a final opportunity to respond to written discovery requests. (Dkt. 66 at 2.) Since then, defendants certified that plaintiff responded to those requests, and sought an extended discovery schedule, which this Court granted. (Dkt. 67.) Consequently, defendants' motion to dismiss is deemed WITHDRAWN, without prejudice to renewal at a later date.

    Plaintiff is warned that, given his prolonged inaction and multiple failures to comply with court orders and deadlines, if he yet again fails to meet his obligations as the plaintiff, he will not be given any further chances.

    The Clerk of Court is respectfully directed to close the motion at Dkt. 52.

Dated: New York, New York
       October 11, 2024

**SO ORDERED.**

_____
**BARBARA MOSES**
**United States Magistrate Judge**