UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/29/2025
```

CALVIN REED,

        Plaintiff,

-against-

P.O. ANDRE LOGAN, et al.,

        Defendants.

22-CV-10446 (JPC) (BCM)

**ORDER**

**BARBARA MOSES, United States Magistrate Judge.**

    Today at 11:00 a.m., as previously ordered (Dkt. 74), the Court held an in-person pre-motion conference regarding defendants' contemplated motion for summary judgment. Defendants appeared through counsel, but the pro se plaintiff, for the fifth time in a row, failed to appear.

    At the conference, defendants requested leave to renew their motion to dismiss this action pursuant to Fed. R. Civ. P. 16(f) and 41(b) due to plaintiff's chronic failure to prosecute this case and comply with this Court's discovery and scheduling orders.

    It is hereby ORDERED that defendants must file their renewed motion to dismiss no later than **March 5, 2025**. Plaintiff must file any opposition no later than **April 2, 2025**. Defendants must file any reply papers no later than **April 16, 2025**.

Dated: New York, New York
       January 29, 2025

**SO ORDERED.**

_____
**BARBARA MOSES**
**United States Magistrate Judge**