```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/21/25
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CALVIN REED,

        Plaintiff,

-against-

P.O. ANDRE LOGAN, et al.,

        Defendants.

22-CV-10446 (JPC) (BCM)

**ORDER**

**BARBARA MOSES, United States Magistrate Judge.**

    The Court has received and reviewed plaintiff's letter dated April 10 and filed April 15, 2025 (Dkt. 81), in which he states that he "appeals" both this case (*Reed II*) and the case at Docket No. 20-CV-8352 (*Reed I*) because "these cases" were "dismissed without prejudice."

    Mr. Reed is correct that *Reed I* was dismissed without prejudice on March 19, 2025. (Dkt. 128 in *Reed I*). This case, however, has not been dismissed. On March 5, 2025, defendants filed a motion to dismiss for lack of prosecution pursuant to Fed. R. Civ. P. 41(b) and 16(f) (Dkt. 76), but the Court has not yet ruled on that motion. Consequently, there is no decision in this case from which plaintiff may appeal at this time.

Dated: New York, New York
       April 21, 2025

**SO ORDERED.**

_____
**BARBARA MOSES**
**United States Magistrate Judge**