UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CALVIN REED.,

Plaintiff,

-against-

P.O. ANDRE LOGAN, ET AL.,

Defendants.

22 CIVIL 10446 (JPC)(BCM)

# JUDGMENT

It is hereby **ORDERED, ADJUDGED AND DECREED**: That for the reasons stated in the Court's Order dated September 15, 2026, the Court adopts the Report and Recommendation in its entirety and grants Defendants' motion for summary judgment; accordingly, the case is closed.

**Dated:** New York, New York
September 16, 2026

**TAMMI M. HELLWIG**
**Clerk of Court**

**BY:**

**Deputy Clerk**